✎Prob 12A
(Rev. 06/14 - D/SC)

# United States District Court

for

District of South Carolina

_____

### Report on Offender Under Supervision

**Name of Offender:** Gerald Allen Steward          **Case Number:** 3:08CR00394-001

**Name of Sentencing Judicial Officer:** The Honorable Joseph F. Anderson, Jr., United States District Judge

**Date of Original Sentence:** July 14, 2009

**Original Offense:** Conspiracy to Knowingly Possess with Intent to Use 5 or More Identification Documents, to Possess with Intent to Defraud False Documents Purporting to be Securities Issued by Organizations Who Affect Interstate Commerce, to Execute a Scheme to Defraud a Financial Institution, and to Unlawfully Possess and Use a Means of Identification of Another Person, 18 U.S.C § 371.

Aiding and Abetting in Aggravated Identity Theft, 18 U.S.C. §§ 1028(a)(1) and 2.

**Original Sentence:** 48 months custody (24 months as to Count One and 24 months as to Count Four, to run consecutively),  to be followed by a three-year term of supervised release, consisting of 3 years as to Count One and 1 year as to Count Four, to run concurrent, with the following special conditions: 1) The defendant shall satisfactorily participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office; 2) The defendant shall pay $2,239.81 in restitution beginning 30 days after release from imprisonment at the monthly rate of no less than $75.00; and 3) The defendant shall pay a $200.00 special assessment fee.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** September 8, 2011

**Previous Court Action/Notification(s):**

_____

NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to Pay Restitution: Mr. Steward has failed to make any payments towards his $2,239.81 Court ordered restitution |

Prob 12A                                                                                                     Page 2
(Rev. 06/14 - D/SC)

## U.S. Probation Officer Action:

Mr. Steward suffered two strokes shortly after his supervised release term began in 2011, and is unable to care for himself. The Probation Officer has continued to monitor Mr. Steward's medical status, and there has been no improvement. He is a patient at White Oak Manor Nursing Home in Columbia, SC. Based on the above, we respectfully recommend Mr. Steward's supervised release term be allowed to terminate as scheduled on September 7, 2014.   Should the Court desire a different course of action, please advise.

Respectfully submitted,

By: _____
Lillie A. Canty
U.S. Probation Officer
Date:  June 27, 2014

Reviewed and Approved By:

_____
Rick L. Hook
Supervising U.S. Probation Officer

---

| X | Agree with Probation Officer's recommendation |
|---|---|
|   | Submit a Request for Modifying the Condition or Term of Supervision |
|   | Submit a Request for Warrant or Summons |
|   | Other |

          IT IS SO ORDERED.

                                                            _____
July 3, 2014                                                Joseph F. Anderson, Jr.
Columbia, South Carolina                                    United States District Judge